IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM QUINN #125753, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:12-cv-601-TMH |
|  | ) [wo] |
| LOUIS BOYD, et al., | ) |
| Defendants. | ) |

**OPINION and ORDER**

On January 10, 2013, the Magistrate Judge filed a Recommendation in this case dismissing this case with prejudice prior to service of process pursuant to the directives of 28 U.S.C.§ 1915(e)(2)(B)(i) as Plaintiff failed to file the complaint within the time prescribed by the applicable period of limitations.  (Doc. No. 4).  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i).

Done this 28th day of February, 2013.

/s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE